ROBERT S. LENAHAN et al., as Administrators of the Estate of ELIZABETH GIRAUD, Deceased, Respondents, *v.* THE FIRST NATIONAL BANK OF BROOKLYN, Respondent, and WILLIAM VAN ALEN, as Administrator of the Estate of JACOB VAN ALEN, Deceased, Appellant.

*Lenahan* v. *First Nat. Bank of Brooklyn*, 134 App. Div. 936, affirmed. (Argued January 5, 1911; decided January 24, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 26, 1909, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to recover certain moneys alleged to be part of the estate of Elizabeth Giraud, deceased, and on deposit with defendant bank.

*Theodore T. Baylor* for appellant.

*William L. Gellert* and *George Worrall* for plaintiffs, respondents.

*C. W. Wilson, Jr.*, for defendant, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.